IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALLEN YOUNG, #1412493 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv363 |
| UNIVERSITY OF TEXAS MEDICAL BRANCH CORRECTIONAL HEALTH CARE, ET AL. | § § § | |

ORDER OF DISMISSAL

Plaintiff Allen Young a.k.a. Brittney, a prisoner confined at the Powledge Unit of the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the complaint should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). It is further

1

**ORDERED** that the Plaintiff's motion for leave to exceed page limits regarding his objections (docket entry #59) is **GRANTED**. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED.**

**SIGNED this 27th day of January, 2012.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE